# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00486-CR

**Donna Chapa, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 99-705-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

**PER CURIAM**

Donna Chapa perfected an appeal from her conviction for engaging in organized criminal activity and possession of marihuana. The clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). The Court notified appellant's attorney of record that the appeal would be dismissed if the clerk's record was not paid for by September 7, 2000. The Court received no response to this notice and payment has not been made. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

Before Justices Jones, Kidd and Yeakel

Dismissed for Want of Prosecution

Filed:   October 5, 2000

Do Not Publish